STATE OF CONNECTICUT *v.* DERRICK BURCHELL
(12502)

LANDAU, HENNESSY and CRETELLA, Js.

Argued March 16—decision released April 18, 1995

*Richard S. Cramer,* for the appellant (defendant).

*Lisa Herskowitz,* deputy assistant state's attorney, with whom, on the brief, were *James E. Thomas,* state's attorney, and *Thomas E. Prior,* former assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.